**PAUL MARKS, as receiver for M. GILLER, Bankrupt, v. HARRY LEVINE.**

36 So. (2nd) 448                                      June Term, 1948
July 13, 1948                                             Division B

PER CURIAM:
    Affirmed.

**BARGE CARRIERS, INC., a corporation, v. THE PENINSULAR AND OCCIDENTAL STEAMSHIP COMPANY, a foreign corporation domesticated in the State of Florida; SCOTT M. LOFTIN and JOHN W. MARTIN, as Trustees of the property of the Florida East Coast Railway Company, a Florida corporation.**

36 So. (2nd) 447                                      June Term, 1948
July 13, 1948                                   Special Division B

PER CURIAM:
    Affirmed.

**CHARLES A. BODY, and ELSA P. BODY, joined by her husband, CHARLES A. BODY, v. LESTER McGEHEE, and RUBY I. McGEHEE, joined by her husband, LESTER McGEHEE.**

36 So. (2nd) 447                                      June Term, 1948
July 13, 1948                                             Division B

PER CURIAM:
    Affirmed.

**FRANK YOUNG v. STATE OF FLORIDA**

36 So. (2nd) 449                                      June Term, 1948
July 13, 1948                                               En Banc

PER CURIAM:
    Affirmed.

**TRUEMAN FERTILIZER CO., a Florida Corporation, v. FRITZ STEIN and HANS J. STEIN, as Administrator of the Estate of Hans Stein, deceased, et al.**

36 So. (2nd) 449                                      June Term, 1948
July 16, 1948                                             Division A
Rehearing denied July 23, 1948

PER CURIAM:
    Affirmed.

**JOSEPHINE HOPKINS v. R. B. HICKS**

36 So. (2nd) 449                                      June Term, 1948
July 20, 1948                                             Division B

PER CURIAM:
    Affirmed.